

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Christopher K. Kamon DEFENDANT(S). | CASE NUMBER CR No. 2:23-cr-00024- **WAIVER OF INDICTMENT** |
|---|---|

I, __Christopher K. Kamon_____, the above-named defendant, who is accused of __Wire fraud; Criminal forfeiture_____, in violation of __18 U.S.C. 1343:   18 U.S.C. 981(a)(1)(C):   28 U.S.C. 2461:_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __01/24/2023_____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to defendant _____, on this date.

Date: _____

_____
*Interpreter*

Before __[signature]_____
*Judicial Officer*