```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-5269
     E-mail:    scott.paetty@usdoj.gov
                ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00047-JLS |
|---|---|
| Plaintiff, | STIPULATION TO VACATE MARCH 3, 2023 STATUS CONFERENCE |
| v. | |
| CHRISTOPHER K. KAMON, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Scott Paetty and Ali Moghaddas, and defendant Christopher K. Kamon ("defendant"), by and through his counsel of record, Jack DiCanio, Allen Lanstra, and Matthew Tako, hereby stipulate as follows:

1. The Information in this case was filed on January 19, 2023. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on December 19, 2022.

2.   On January 24, 2023, the Court set a trial date of March 14, 2023, and a status conference date of March 3, 2023.

3.   By this stipulation, the parties request that the Court vacate the upcoming status conference, which is currently scheduled for March 3, 2023.

4.   The parties are in the process of finalizing a stipulation to continue the trial date and the status conference to dates later this year.  The parties anticipate filing a stipulation to continue the trial date and status conference next week.

IT IS SO STIPULATED.

Dated: March 1, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

          /s/
SCOTT PAETTY
ALI MOGHADDAS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: March 1, 2023

/s/ with permission

JACK DICANIO
ALLEN LANSTRA
MATTHEW TAKO

Attorneys for Defendant
CHRISTOPHER K. KAMON

2